IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE S. KATO CREWS

Civil Action No. 1:17-cv-01105-WJM-SKC

JENNIFER R. LOQUASTO,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

**ORDER DENYING THE STIPULATED MOTION TO STAY [ECF. #44]**

---

Magistrate Judge S. Kato Crews

This matter comes before the Court pursuant to the Stipulated Motion to Stay Pending Finalization of Settlement, filed September 21, 2018 [ECF. #44], and referred to this Court [ECF. #45].

The parties state they have reached the broad terms of a settlement of all claims in this case and are working to finalize the settlement by October 19, 2018. The parties request that the Court stay all proceedings in this action pending the finalization of the settlement. The Courts notes that there are no scheduled hearings set in this case, nor are there any outstanding deadlines, and to that extent, the Motion to Stay is denied.[1]

---

[1] Additionally, since the consolidated case, *Lewis v. Ocwen Mortgage Servicing, Inc., et al.*, No. 1:17-cv-01104-WJM-SKC, has been terminated and, as such, there are no pending hearings or outstanding deadlines either.

1

The Court will, pursuant to the parties' request, order the parties to submit a joint status report to the Court on the status of the settlement process on October 22, 2018 if settlement papers have not been filed by that date.

For the foregoing reasons, the Stipulated Motion to Stay [ECF. # 44] is DENIED, insofar as there are no pending deadlines or hearings for a stay to act upon. The parties shall file a notice of settlement and related documents, or a joint status report in the event a settlement has not been reached, on or before October 22, 2018.

DATED at Denver, Colorado, this 24th day of September 2018.

BY THE COURT:

S. Kato Crews
United States Magistrate Judge
District of Colorado